**Law Offices of Todd M. Friedman, P.C.**
**Todd M. Friedman (216752)**
**324 S. Beverly Dr., #725**
**Beverly Hills, CA 90212**
**Phone: 877-206-4741**
**Fax: 866-633-0228**

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CASEY BLOTZER,** Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff(s)<br><br>vs.<br><br>**LOVETHOSESHIRTS, LLC,**<br><br>Defendant. | Case No. 8:14-cv-01335-CJC-AN<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses the entire case without prejudice. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without prejudice and without an Order of the Court.

RESPECTFULLY SUBMITTED this 22nd day of December, 2014.

By: s/Todd M. Friedman
Todd M. Friedman, Esq.
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

Filed electronically on this 22nd day of December, 2014, with:

**United States District Court CM/ECF system**

And hereby served upon all parties

Notification sent on this 22nd day of December, 2014, via the ECF system to:

Honorable Judge Cormac J. Carney
United States District Court
Central District of California

This 22nd day of December 2014.
By: s/Todd M. Friedman
    Todd M. Friedman